## PARKER V. THE STATE.

### Crime.

(Decided July 6, 1906.  41 So. Rep. 724.)

APPEAL from Coffee County Court.
Heard before Hon. H. H. BLACKMON.
No counsel marked for appellant.
MASSEY WILSON, Attorney General, for State.
Affirmed.
Opinion by SIMPSON, J.
WEAKLEY, C. J., HARALSON and DENSON, JJ., concur.

---

## COLLOCK V. THE STATE.

### Assault and Battery.

(Decided June 14, 1906.  41 So. Rep. 727.)

APPEAL from Mobile City Court.
Heard before Hon. O. J. SEMMES.
BOYLES & COHN, for appellant.
MASSEY WILSON, Attorney General, for State.
Affirmed.
Opinion by TYSON, J.
SIMPSON, ANDERSON and DENSON, JJ., concur.

---

## OWEN V. McDERMOTT, ET AL.

### Assumpsit.

(Decided June 30, 1906.  41 So. Rep. 730.)

APPEAL from Mobile Circuit Court.
Heard before Hon. SAMUEL B. BROWNE.
McALPINE & ROBINSON, for appellant.
MITCHELL & TONSMEIRE, for appellee.
Affirmed.
Opinion by DENSON, J.
WEAKLEY, C. J., and HARALSON and DOWDELL, JJ., concur.